# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**     **2. PLEASE TYPE OR PRINT.**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Trump Your Competition, Inc.<br><br>v.<br><br>Donald J. Trump | U.S.D.C. S.D.N.Y. | Hon. Alvin K. Hellerstein |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br><br>January 6, 2016 | District Court Docket No.:<br><br>15 misc 0400 |
| | Date the Notice of Appeal was Filed:<br><br>January 19, 2016 | Is this a Cross Appeal?<br><br>Yes     ✓ No |

| Attorney(s) for Appellant(s): | Counsel's Name:     Address:          Telephone No.:          Fax No.:          E-mail: |
|---|---|
| ✓ Plaintiff<br><br>Defendant | Norris D. Wolff, Netra Sreeprakash, Kleinberg, Kaplan, Wolff & Cohen, P.C., 551 Fifth Avenue, 18th Floor, New York, New York 10176, Tel: 212-986-6000 Fax: 212-986-8866 Email: nwolff@kkwc.com, nsreeprakash@kkwc.com |

| Attorney(s) for Appellee(s): | Counsel's Name:     Address:          Telephone No.:          Fax No.:          E-mail: |
|---|---|
| Plaintiff<br><br>✓ Defendant | Daniel Haym Weiner, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Tel: 212-837-6000 Fax: 212-422-4726 Email: weiner@hugheshubbard.com |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously?     Yes     ✓ No |
|---|---|---|---|
| Yes | 8 | 0 | If Yes, provide the following:<br><br>Case Name:<br><br>2d Cir. Docket No.:          Reporter Citation: (i.e., F.3d or Fed. App.) |

***ADDENDUM "A"*:  COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION;  (2) THE RESULT BELOW;  (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND  (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

***ADDENDUM "B"*:  COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

### PART A:  JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| U.S. a party          Diversity<br><br>✓ Federal question     Other (specify):<br>(U.S. not a party) | ✓ Final Decision          Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))<br><br>Interlocutory Decision<br>Appealable As of Right          Other (specify): |

**IMPORTANT.  COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**PART B:  DISTRICT  COURT DISPOSITION    (Check as many as apply)**

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief |
|---|---|---|---|
| Pre-trial<br>✓ During trial<br>After trial | Default judgment<br>Dismissal/FRCP 12(b)(1)<br>lack of subj. matter juris.<br>Dismissal/FRCP 12(b)(6)<br>failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2)<br>frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2)<br>other dismissal | Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>✓ Other (specify): enforce trial<br>subpoena | Damages:                Injunctions:<br><br>Sought: $ _____    Preliminary<br>Granted: $ _____   Permanent<br>Denied: $ _____    Denied |

**PART C:  NATURE OF SUIT    (Check as many as apply)**

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>Other (specify): _____ | Communications<br>Consumer Protection<br>Copyright ☐ Patent<br>✓ Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | Admiralty/<br>Maritime<br>Assault /<br>Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/<br>Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable<br>instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify):<br>✓ Other (specify):  compel compliance with<br>trial subpoena | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | ✓ Yes          No<br><br>Will appeal raise a matter of first<br>impression?<br><br>✓ Yes          No |

1.  Is any matter relative to this appeal still pending below?      Yes, specify: _____      ✓ No

2.  To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

    (A)    Arises from substantially the same case or controversy as this appeal?          ✓ Yes          No

    (B)    Involves an issue that is substantially similar or related to an issue in this appeal?          Yes          ✓ No

If yes, state whether ✓ "A," or      'B," or    both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name:<br>Donald J. Trump v. Trump Your Competition | Docket No.<br>Opp. No. 91217618 | Citation:<br>Serial No. 86116800 | Court or Agency:<br>Trademark Trial and Appeal Board |
|---|---|---|---|

Name of Appellant:
    Trump Your Competition, Inc.

| Date:<br>February 1, 2016 | Signature of Counsel of Record: |
|---|---|

# NOTICE TO COUNSEL

Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:

    1.    Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
    2.    File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
    3.    Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE:  IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

## Addendum A

(1) This appeal arises in connection with a Trademark Trial and Appeal Board ("TTAB") proceeding initiated by Mr. Donald J. Trump personally. Mr. Trump, in his individual capacity, opposed the application by Trump Your Competition, Inc. ("TYC") for registration of the mark "Trump Your Competition," a mark that TYC's majority shareholder had already successfully registered in 2006. TYC provided notice to Mr. Trump that it intended to depose him during its trial period in his capacity as the individual opposition plaintiff. TYC then served a subpoena on Mr. Trump to secure his trial testimony. TYC offered to take Mr. Trump's trial testimony at any place in the continental United States and at any time during TYC's trial period. Nonetheless, Mr. Trump refused to appear for a deposition. TYC then commenced a miscellaneous proceeding in the United States District Court for the Southern District of New York and moved to compel Mr. Trump to appear for his deposition. Mr. Trump cross-moved for a protective order relieving him of the obligation to appear and provide trial testimony in the TTAB proceeding, despite the fact that he himself initiated the TTAB proceeding.

(2) After requiring TYC to state an offer of proof, compelling TYC to explain the substance, purpose, and relevance of the testimony it hoped to elicit from Mr. Trump, the District Court denied TYC's motion to compel compliance with the subpoena and granted Mr. Trump's motion for a protective order barring Mr. Trump's deposition.

(3) A copy of TYC's notice of appeal dated January 19, 2016 and a current copy of the District Court docket sheet for this matter are annexed hereto.

(4) A copy of the transcript of the hearing held on January 6, 2016 in which the Honorable Alvin K. Hellerstein issued an order denying TYC's motion to compel, as well as the District Court's Summary Order dated January 6, 2016, are annexed hereto.

## Addendum B

Issues proposed to be raised on appeal and the applicable appellate standard of review:

(1) Does an applicant seeking to register a mark with the United States Patent and Trademark Office whose application is challenged by an opposer/opposition plaintiff have the right to take the opposition plaintiff's trial testimony in the Trademark Trial and Appeal Board proceeding that ensues from the filing of the opposition?

**Standard of Review: Plenary**

(2) Did the District Court err in placing on the applicant the burden of showing why it should be permitted to take the trial testimony of the opposition plaintiff in the Trademark Trial and Appeal Board proceeding?

**Standard of Review: Plenary**

(3) Did the District Court err in placing on the applicant the burden of showing why the opposition plaintiff should not be granted a protective order relieving him of the obligation of providing trial testimony in a proceeding before the Trademark Trial and Appeal Board?

**Standard of Review: Plenary**

(4) Under what circumstances, if any, must a party offer proof as to why it wishes to secure the trial testimony of the opposition plaintiff?

**Standard of Review: Plenary**

(5) Did the District Court violate the applicant's due process rights by precluding the applicant from taking trial testimony of the opposition plaintiff in a proceeding initiated by the plaintiff?

**Standard of Review: Plenary**

(6) Under what circumstances, if any, may an individual human who initiated a legal proceeding, and whose capacity is not at issue, be relieved of the obligation to offer trial testimony in that proceeding?

**Standard of Review: Plenary**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **TRUMP YOUR COMPETITION, INC.,** | 15 Misc. 0400 |
| Plaintiff-Applicant, | |
| v. | In re Proceeding No. 91217618, (Currently pending before the Trademark Trial and Appeal Board) |
| **DONALD J. TRUMP,** | |
| Defendant-Opposer. | <u>**NOTICE OF APPEAL**</u> |

Notice is hereby given that Trump Your Competition, Inc., plaintiff-applicant in the above-named case ("TYC"), hereby appeals to the United States Court of Appeals for the Second Circuit from the summary order entered in this action on January 6, 2016 (the "Order"), which incorporates by reference the decision on the record on January 6, 2016 by the Honorable Alvin K. Hellerstein (the "Decision"), the official transcript of which was entered on January 15, 2016, denying TYC's motion to compel defendant-opposer Donald J. Trump to appear for trial deposition in the Trademark Trial and Appeal Board proceeding initiated by Mr. Trump's objection to TYC's application for registration of a mark, and granting Mr. Trump's motion for a protective order relieving him of the obligation to appear for said deposition.

Dated: New York, New York
       January 19, 2016

Respectfully submitted,

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**


By:_____/s/ Netra Sreeprakash_____
              Norris D. Wolff
              Netra Sreeprakash

551 Fifth Avenue, 18th Floor
New York, New York  10176
Telephone:  (212) 986-6000
Facsimile:   (212) 986-8866
Email:  NWolff@KKWC.com
Email:  NSreeprakash@KKWC.com

*Attorneys for Applicant*
**TRUMP YOUR COMPETITION, INC.**

CLOSED,APPEAL

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15-mc-00400-P1

Trump your Competiton, Inc v. Trump
Assigned to: Judge Part One
Cause: M 08-85 Motion to Compel

Date Filed: 12/10/2015
Date Terminated: 01/06/2016

**Plaintiff**

**Trump your Competiton, Inc**          represented by   **Netra Sreeprakash**
Kleinberg,Kaplan,Wolff & Cohen,P.C.
551 Fifth Avenue
New York, NY 10176
212-880-9876
Fax: 212-986-8866
Email: nsreeprakash@kkwc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norris David Wolff**
Kleinberg,Kaplan,Wolff & Cohen,P.C.
551 Fifth Avenue
New York, NY 10176
212-986-6000
Fax: 212-986-8866
Email: nwolff@kkwc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J Trump**          represented by   **Daniel Haym Weiner**
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
(212)837-6000
Fax: (212)422-4726
Email: weiner@hugheshubbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2015 | 1 | MOTION to Compel Order Compelling Compliance with Subpoena. (Filing Fee $ |

| | | |
|---|---|---|
| | | 46.00, Receipt Number 465401140739) Document filed by Trump your Competiton, Inc. Return Date set for 12/29/2015 at 11:00 AM.(wb) (wb). (Entered: 12/10/2015) |
| 12/10/2015 | 2 | MEMORANDUM OF LAW in Support re: 1 MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739). Document filed by Trump your Competiton, Inc. (wb) (wb). (Entered: 12/10/2015) |
| 12/10/2015 | 3 | DECLARATION of Netra Sreeprakash. Document filed by Trump your Competiton, Inc. (wb) (Additional attachment(s) added on 12/14/2015: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (wb). (Entered: 12/10/2015) |
| 12/14/2015 | 4 | NOTICE OF APPEARANCE by Norris David Wolff on behalf of Trump your Competiton, Inc. (Wolff, Norris) (Entered: 12/14/2015) |
| 12/14/2015 | 5 | NOTICE OF APPEARANCE by Netra Sreeprakash on behalf of Trump your Competiton, Inc. (Sreeprakash, Netra) (Entered: 12/14/2015) |
| 12/14/2015 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Trump your Competiton, Inc.(Sreeprakash, Netra) (Entered: 12/14/2015) |
| 12/17/2015 | 7 | NOTICE OF APPEARANCE by Daniel Haym Weiner on behalf of Donald J Trump. (Weiner, Daniel) (Entered: 12/17/2015) |
| 12/17/2015 | 8 | LETTER MOTION to Continue *oral argument on Plaintiff's Motion for Order Compelling Compliance with Subpoena to Testify at Deposition, and extending Defendants time to respond to the Motion to Compel* addressed to Judge Gregory H. Woods from Daniel H. Weiner dated 12/17/2015. Document filed by Donald J Trump.(Weiner, Daniel) (Entered: 12/17/2015) |
| 12/18/2015 | 9 | LETTER MOTION to Expedite *oral argument* addressed to Judge Gregory H. Woods from Netra Sreeprakash dated December 18, 2015. (Filing Fee $ 46.00.) Document filed by Trump your Competiton, Inc.(Sreeprakash, Netra) (Entered: 12/18/2015) |
| 12/18/2015 | 10 | ORDER granting 8 Letter Motion to Continue oral argument on Plaintiff's Motion for Order Compelling Compliance with Subpoena to Testify at Deposition, and extending Defendants time to respond to the Motion to Compel. Application granted. Mr. Trump's deadline to response to the Motion to Compel is extended to January 4, 2016, and oral argument will be held on January 6, 2016 at 2:30 p.m. before the judge then presiding in Part I. (Signed by Judge Gregory H. Woods on 12/18/2015) (kko) (Entered: 12/18/2015) |
| 12/18/2015 | | Set/Reset Deadlines as to 1 MOTION to Compel: Responses due by 1/4/2016. Set/Reset Hearings: Oral Argument set for 1/6/2016 at 02:30 PM before Judge Part One. (kko) (Entered: 12/18/2015) |
| 01/04/2016 | 11 | DECLARATION of Daniel H. Weiner in Opposition re: 1 MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739). Document filed by Donald J Trump. (Attachments: # 1 |

|  |  |  |
|---|---|---|
|  |  | Exhibit A, # [2] Exhibit B, # [3] Exhibit C Part 1, # [4] Exhibit C Part 2, # [5] Exhibit C Part 3, # [6] Exhibit C Part 4, # [7] Exhibit C Part 5, # [8] Exhibit C Part 6, # [9] Exhibit C Part 7, # [10] Exhibit C Part 8, # [11] Exhibit C Part 9, # [12] Exhibit C Part 10, # [13] Exhibit D, # [14] Exhibit E, # [15] Exhibit F, # [16] Exhibit G, # [17] Exhibit H, # [18] Exhibit I, # [19] Exhibit J)(Weiner, Daniel) (Entered: 01/04/2016) |
| 01/04/2016 | 12 | MEMORANDUM OF LAW in Opposition re: [1] MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739) . Document filed by Donald J Trump. (Weiner, Daniel) (Entered: 01/04/2016) |
| 01/04/2016 | 13 | MOTION for Protective Order . Document filed by Donald J Trump. Return Date set for 1/12/2016 at 11:00 AM.(Weiner, Daniel) (Entered: 01/04/2016) |
| 01/04/2016 | 14 | DECLARATION of Daniel H. Weiner in Support re: [13] MOTION for Protective Order .. Document filed by Donald J Trump. (Attachments: # [1] Exhibit A, # [2] Exhibit B, # [3] Exhibit C Part 1, # [4] Exhibit C Part 2, # [5] Exhibit C Part 3, # [6] Exhibit C Part 4, # [7] Exhibit C Part 5, # [8] Exhibit C Part 6, # [9] Exhibit C Part 7, # [10] Exhibit C Part 8, # [11] Exhibit C Part 9, # [12] Errata C Part 10, # [13] Exhibit D, # [14] Exhibit E, # [15] Exhibit F, # [16] Exhibit G, # [17] Exhibit H, # [18] Exhibit I, # [19] Exhibit J)(Weiner, Daniel) (Entered: 01/04/2016) |
| 01/04/2016 | 15 | MEMORANDUM OF LAW in Support re: [13] MOTION for Protective Order . . Document filed by Donald J Trump. (Weiner, Daniel) (Entered: 01/04/2016) |
| 01/05/2016 | 16 | MEMORANDUM OF LAW in Opposition re: [1] MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739) *CORRECTED*. Document filed by Donald J Trump. (Weiner, Daniel) (Entered: 01/05/2016) |
| 01/05/2016 | 17 | MEMORANDUM OF LAW in Support re: [13] MOTION for Protective Order . *CORRECTED*. Document filed by Donald J Trump. (Weiner, Daniel) (Entered: 01/05/2016) |
| 01/05/2016 | 18 | REPLY MEMORANDUM OF LAW in Support re: [1] MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739) . Document filed by Trump your Competiton, Inc. (Sreeprakash, Netra) (Entered: 01/05/2016) |
| 01/05/2016 | 19 | DECLARATION of Netra Sreeprakash in Support re: [1] MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739). Document filed by Trump your Competiton, Inc. (Attachments: # [1] Exhibit N)(Sreeprakash, Netra) (Entered: 01/05/2016) |
| 01/05/2016 | 20 | LETTER addressed to Judge Alvin K. Hellerstein from Netra Sreeprakash dated January 5, 2016 re: Court-Ordered Oral Argument on January 6, 2016. Document filed by Trump your Competiton, Inc.(Sreeprakash, Netra) (Entered: 01/05/2016) |
| 01/05/2016 | 21 | LETTER addressed to Judge Alvin K. Hellerstein from Daniel H. Weiner dated 1/5/2016 re: Response to Ms. Sreeprakash's letter to the Court of this evening. Document filed by Donald J Trump.(Weiner, Daniel) (Entered: 01/05/2016) |
| 01/06/2016 | 22 | SUMMARY ORDER granting [13] Motion for Protective Order. Please visit the Court's Website at www.nysd.uscourts.gov for Sealed Records Filing Instructions.; denying [1] Motion to Compel: As stated on the record in the hearing on January 6, |

| | | |
|---|---|---|
| | | 2016, Plaintiff has failed to identify any information that it seeks from Mr. Trump relevant to that proceeding. I accordingly grant Defendant's motion for a protective order and deny Plaintiffs motion to compel the deposition. (Signed by Judge Alvin K. Hellerstein, Part I, on 1/6/2016) (tn) Modified on 1/6/2016 (tn). (Entered: 01/06/2016) |
| 01/06/2016 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Oral Argument held on 1/6/2016 re: 13 MOTION for Protective Order . filed by Donald J Trump, 1 MOTION to Compel Order Compelling Compliance with Subpoena to to. (Filing Fee $ 46.00, Receipt Number 465401140739) filed by Trump your Competiton, Inc. (Court Reporter Patricia Nelson) (Jones, Brigitte) (Entered: 01/07/2016) |
| 01/15/2016 | 23 | TRANSCRIPT of Proceedings re: conference held on 1/6/2016 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Patricia Nilsen, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/8/2016. Redacted Transcript Deadline set for 2/19/2016. Release of Transcript Restriction set for 4/18/2016.(McGuirk, Kelly) (Entered: 01/15/2016) |
| 01/15/2016 | 24 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/6/16 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (McGuirk, Kelly) (Entered: 01/15/2016) |
| 01/19/2016 | 25 | NOTICE OF APPEAL from 22 Order on Motion for Protective Order, Order on Motion to Compel,,,,. Document filed by Trump your Competiton, Inc. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Sreeprakash, Netra) (Entered: 01/19/2016) |
| 01/19/2016 | | Appeal Fee Due: for 25 Notice of Appeal.$505.00 Appeal fee due by 2/2/2016. (nd) (Entered: 01/19/2016) |
| 01/19/2016 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 25 Notice of Appeal. (nd) (Entered: 01/19/2016) |
| 01/19/2016 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 25 Notice of Appeal filed by Trump your Competiton, Inc were transmitted to the U.S. Court of Appeals. (nd) (Entered: 01/19/2016) |
| 01/20/2016 | | Appeal Fee Payment: for 25 Notice of Appeal. Filing fee $ 505.00, receipt number 0208-11856317. (Sreeprakash, Netra) (Entered: 01/20/2016) |

| | | | |
|---|---|---|---|
| **PACER Login:** | kk3105:3873926:3974096 | **Client Code:** | 6047-0002 |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-mc-00400-P1 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

                                                              1
      G16etruc

 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    TRUMP YOUR COMPETITION, INC.,

 4                    Plaintiff,

 5             v.                          15 MC 400(AKH)

 6    DONALD TRUMP,

 7                    Defendant.

 8    ------------------------------x

 9                                         January 6, 2016

10                                         2:41 p.m.

11
      Before:
12
                      HON. ALVIN K. HELLERSTEIN,
13
                                           District Judge
14
                           APPEARANCES
15
      KLEINBERG KAPLAN WOLFF & COHEN, PC
16         Attorneys for Plaintiff
      BY:  NETRA SREEPRAKASH
17         NORRIS WOLFF

18    HUGHES HUBBARD & REED, LLP
           Attorneys for Defendant
19    BY:  DANIEL H. WEINER
           LENA SALTOS
20
      ALSO PRESENT:  ALAN GARTEN, Executive Vice President and
21                   General Counsel of The Trump Organization

22

23

24

25


                     SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

2

G16etruc

1          (Case called)

2          MS. SREEPRAKASH:  Good afternoon, your Honor.  Netra

3   Sreeprakash from Kleinberg, Kaplan, Wolff & Cohen.  With me is

4   Mr. Norris Wolff.

5          MR. WEINER:  Good afternoon, your Honor.  Dan Weiner

6   of Hughes, Hubbard & Reed.  With me is my colleague, Lena

7   Saltos, and to her right is Alan Garten, who's the Executive

8   Vice President and General Counsel of The Trump Organization.

9          THE COURT:  Thank you very much.

10          Let me state at the outset that Mr. Wolff and I have

11   been friends for some time.  We've met at various federal bar

12   council meetings, and his wife and mine became friends as well.

13   There's nothing, however, that causes me to want to recuse

14   myself, nor will I recuse myself.  But I want to let Mr. Weiner

15   and all counsel know about this.

16          MR. WEINER:  Your Honor, I was only going to

17   compliment your choice of friends.

18          THE COURT:  All right.  So who's going to argue this,

19   Ms. Sreeprakash?

20          MS. SREEPRAKASH:  Yes, your Honor.

21          THE COURT:  Please take the podium and tell me why you

22   need the deposition, or why should there be a deposition of

23   Mr. Trump.

24          MS. SREEPRAKASH:  Thank you, your Honor.

25          I'm not going to disclose the trial strategy of my

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

3

G16etruc

1    cocounsel.

2            THE COURT:  You may have to, if you want the

3    deposition.

4            MS. SREEPRAKASH:  I will do it to the extent the Court

5    requires me to, but the fact is --

6            THE COURT:  If you don't, you won't get the relief.

7    So you choose.

8            MS. SREEPRAKASH:  Your Honor, opposing counsel has

9    searched cases throughout the country, including Alabama,

10   Pennsylvania, Rhode Island cases.  Not a single one permits a

11   plaintiff or any party that initiated a proceeding to avoid

12   sitting for a deposition or for trial testimony.  What

13   Mr. Trump is asking the Court to do is highly unusual.  Not a

14   single case, your Honor, in this country has done this, as far

15   as I know.  And they have not cited a case to the contrary.

16           THE COURT:  It's not unusual.  I've experienced this

17   many times in my practice, in 38 years before I became a judge,

18   and I've experienced it here as a judge as well.

19           The question is:  Why do you need him?  What's he

20   going to add to the information you already have?

21           MS. SREEPRAKASH:  My cocounsel at the TTAB proceeding

22   has certain theories that he'd like to flesh out with

23   Mr. Trump, and one of them is -- this was hinted at in the

24   deposition of Mr. Garten.

25           THE COURT:  It was what?

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

4

G16etruc

1          MS. SREEPRAKASH:  One of them was hinted at in the

2   deposition of Mr. Garten.  So he would like to inquire about

3   certain proceedings in which Mr. Trump has been accused of

4   conduct that might amount to unclean hands.  And only Mr. Trump

5   can testify as to those matters.  His son can't, and his

6   attorney certainly can't, especially given the privilege that

7   he's asserted.

8          THE COURT:  What kinds of conduct are you talking

9   about?

10          MS. SREEPRAKASH:  There are proceedings involving for

11   example, your Honor, Trump University, where Mr. Trump has been

12   alleged to have participated in a scheme to defraud students

13   who took courses to try to learn to be an excellent investor,

14   like he claims to be.

15          THE COURT:  Anything else?

16          MS. SREEPRAKASH:  There are other cases, and I believe

17   the New York Attorney General has brought a case against

18   Mr. Trump.

19          THE COURT:  It's a complete fishing expedition.

20          MR. WOLFF:  Your Honor, I had not intended to speak,

21   but may I?

22          THE COURT:  Then you shouldn't, Mr. Wolff.

23   Ms. Sreeprakash can consult with you, if she wants to.

24          MS. SREEPRAKASH:  Yes.  Another thing is, your Honor,

25   that this is a trial deposition.  And the trial period for

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

5

G16etruc

1    Mr. Trump included the deposition of Mr. Garten.  And during

2    that deposition Mr. Garten testified, when prompted by his

3    counsel, concerning Mr. Trump's motivations, including things

4    about how he is competitive, likes to win cases.  They've put

5    that into issue in this trial.

6              THE COURT:  So what?

7              MS. SREEPRAKASH:  We're entitled --

8              THE COURT:  If he's right, he's right.  If he's wrong,

9    he's wrong.  How can we test that?  Because the issue is

10   likelihood of confusion.  The issue in a trademark dispute is

11   likelihood of confusion.

12             MS. SREEPRAKASH:  Right.  But there is also -- we're

13   entitled to test their assumption.  We're entitled to test

14   their assumption that he has no unique knowledge.  There is

15   case law as to that.  We're entitled to test his claims that

16   Mr. Trump likes to compete with people.  Clearly it's an

17   attempt to argue that our client's mark is somehow infringing

18   on their rights because Mr. Trump is competitive.

19             THE COURT:  Unless you show there's a deficiency of

20   information that only Mr. Trump has, I'm not going to let you

21   have his deposition.

22             MS. SREEPRAKASH:  Your Honor, can I consult with my

23   colleague for a moment?

24             THE COURT:  Yes.  (Pause)

25             MS. SREEPRAKASH:  Your Honor, the likelihood of

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

6

G16etruc

1  confusion issue has already been addressed by the USPTO in

2  approving the registration in 2006, when my client first

3  registered it, my client's principal shareholder first

4  registered the mark, and again, more recently when it

5  published -- before it published the mark.

6          Mr. Trump, we argue, waived his right to oppose the

7  registration when he failed to oppose the registration back in

8  2005 and 2006.

9          THE COURT:  That's an argument you'll carry out in the

10  trademark office.

11          MS. SREEPRAKASH:  That is, your Honor.  But we're

12  entitled to test it.  We deposed Mr. Garten about that, but he

13  said he was not Mr. Trump's counsel at that time.  We're

14  entitled to know who waived right to oppose back in 2006.  And

15  the fact is, many of those marks weren't even registered until

16  after Trump Your Competition's mark was registered in 2006.

17          THE COURT:  Anything else?

18          MS. SREEPRAKASH:  Your Honor, that's the bulk of it.

19          But I just want to point out, your Honor, before you

20  issue any kind of --

21          THE COURT:  I want to hear Mr. Weiner.  I'll give you

22  another chance.

23          Mr. Weiner, do you represent that Mr. Trump will not

24  be testifying in that proceeding?

25          MR. WEINER:  Yes, your Honor, he will not be.

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

7

G16etruc

1           THE COURT:  You will not call him?

2           MR. WEINER:  We will not call him.  He will not

3      testify.

4           In the TTAB proceeding, your Honor is right, what's at

5      issue there -- the witnesses that we've designated are

6      Mr. Garten, who's sitting right here, and Eric Trump, who are

7      the two people in The Trump Organization who actually handle

8      the 500 trademarks.  And, your Honor --

9           THE COURT:  That doesn't preclude a deposition of

10     Mr. Trump if he has anything to offer.  So you're telling me he

11     won't be called; he doesn't have anything to offer.  And I have

12     not heard anything that would suggest that his information can

13     lead to relevant information that otherwise would not be

14     available.

15          MR. WEINER:  Then, your Honor, I'm smart enough to sit

16     down.  Thank you.

17          THE COURT:  Anything else, Ms. Sreeprakash?

18          MS. SREEPRAKASH:  Yes, your Honor.

19          Mr. Trump's declaration, which was submitted in

20     connection with this miscellaneous proceeding, does not state

21     that he does not have relevant knowledge, which is a glaring

22     omission.  If he doesn't have any knowledge, then he could have

23     sworn to that before this Court.  But he failed to do that,

24     your Honor.

25          THE LAW CLERK:  Do you all have copies of your

                    SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

8

G16etruc

1   exhibits, including the affidavit?

2           MR. WEINER:  I can hand up a copy.

3           THE COURT:  Please.

4           MR. WEINER:  Only thing I lack is a clip.

5           THE COURT:  We have the CDs, nothing else.

6           MR. WEINER:  The declaration of Mr. Trump is

7   Exhibit A.

8           THE COURT:  Mr. Trump is not putting forward any

9   information here that's relevant to the case.  That will not be

10  a basis for taking his deposition.

11          MS. SREEPRAKASH:  But, your Honor, he did not state

12  that he has no relevant knowledge.  And he is the plaintiff in

13  this action.  He initiated this action.  We're entitled to

14  discover whether he sustained any damages during this time.  We

15  don't believe he has.

16          THE COURT:  The motion to compel is denied.  The

17  motion for protective order is granted.  There is no

18  information that's been identified to me that would be usefully

19  available from Mr. Trump that couldn't otherwise be obtained.

20  And I see no point for the deposition, other than to harass him

21  in the context of a presidential campaign in which he's

22  involved.

23          So that will dispose of the motion.  Thank you.

24          MR. WEINER:  Thank you, your Honor.

25          (Adjourned)

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/16

-------------------------------------------------------- x

TRUMP YOUR COMPETITION, INC,

                           Plaintiff,

     -against-

DONALD J. TRUMP,

                          Defendant.

-------------------------------------------------------- x

**SUMMARY ORDER**

15 MC. 400 (P1)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff Trump Your Competition, Inc. moves to compel a deposition of Defendant Donald J. Trump in relation to a proceeding currently pending before the Trademark Trial and Appeal Board. Defendant opposes the motion and moves for a protective order. As stated on the record in the hearing on January 6, 2016, Plaintiff has failed to identify any information that it seeks from Mr. Trump relevant to that proceeding. I accordingly grant Defendant's motion for a protective order and deny Plaintiff's motion to compel the deposition.

Dated: New York, New York
      January ___, 2016

                                  ALVIN K. HELLERSTEIN
                                  United States District Judge